No. 95–1133.  FRANSEN ET AL. v. CONOCO, INC., FKA CONTINENTAL OIL CO., ET AL.  C. A. 10th Cir.  Certiorari de-

nied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.